IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-20623
Summary Calendar

_____

NATHAN J. McDADE,

Plaintiff-Appellant,

versus

TOMMY B. THOMAS; G. S. PLASANT,

Defendants-Appellees..

_____

Appeal from the United States District Court for
the Southern District of Texas
USDC No. H-96-CV-3076

_____

February 24, 1999

Before REAVLEY, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:*

Nathan J. McDade, now a Texas inmate (# 800995), appeals the district court's dismissal

of his civil rights complaint for want of prosecution. The court dismissed the case after McDade,

who was then a pretrial detainee, refused to sign consent forms that would have authorized Harris

County Jail officials to forward funds from McDade's inmate trust account to pay his initial partial

filing fee under the Prison Litigation Reform Act. We have carefully reviewed McDade's

appellate assertions and the record on appeal. Because McDade has never sufficiently explained

his refusal to sign the necessary consent forms, we conclude that the district court did not abuse

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

its discretion in dismissing the lawsuit for want of prosecution.  <u>See</u> <u>Martinez v. Johnson</u>, 104 F.3d 769, 771 (5th Cir. 1997).

AFFIRMED.